IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.  Case No: 3:01cr35/RV
  3:06cv97/RV/MD

JIMMY W. JOINER
_____

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated March 8, 2006. The defendant previously has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed by the parties, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 41) is summarily DISMISSED as untimely.

DONE AND ORDERED this 14th day of April, 2006.

/s/ _Roger Vinson_
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**